## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

CALEB WESLEY BURCH, *on behalf of himself and all others similarly situated,*

          *Plaintiff,*

   *v.*

V.K. MECHANICAL, XL PLUMBING OF NEW YORK, INC., XL PLUMBING, INC., XCEL PLUMBING OF NEW YORK, INC., XCEL PLUMBING & HEATING OF NEW YORK, INC., APPLE PLUMBING, INC., and WILLIAM JOHNSTON,

          *Defendants.*

**REQUEST FOR CERTIFICATE OF DEFAULT**

No: 16-cv-3700 (ADS) (SIL)

TO:    DOUGLAS C. PALMER
       UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK

Please enter the default of defendants, V.K. Mechanical, XL Plumbing of New York, Inc., XL Plumbing, Inc., Xcel Plumbing of New York, Inc., Xcel Plumbing & Heating of New York, Inc., Apple Plumbing, Inc., and William Johnston, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the Court file herein and from the attached affirmation of Patricia Kakalec.

Dated: New York, NY
      December 8, 2016

               */s/Patricia Kakalec*
               Patricia Kakalec
               Kakalec & Schlanger, LLP
               85 Broad Street
               New York, NY 10004
               Telephone: (212) 500-6114
               pkakalec@kakalec-schlanger.com
               *Attorneys for Plaintiff*