**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CALEB WESLEY BURCH, *on behalf of himself and all others similarly situated*,

*Plaintiff,*

*v.*

V.K. MECHANICAL, XL PLUMBING OF
NEW YORK, INC., XL PLUMBING, INC.,
Xcel PLUMBING OF NEW YORK, INC.,
Xcel PLUMBING & HEATING OF NEW
YORK, INC., APPLE PLUMBING, INC., and
WILLIAM JOHNSTON,

*Defendants.*

**Declaration of Patricia
Kakalec in Support of
Request for Certificate of
Default**

No: 16-cv-3700 (ADS) (SIL)

Patricia C. Kakalec, an attorney duly licensed to practice law in the State of New York, does hereby declare pursuant to 28 U.S.C. § 1746 that the following facts are truthful:

1. I am a member of Kakalec & Schlanger, LLP, counsel for Plaintiff in the above-referenced action, and, as such, am familiar with the procedural history of this case.

2. I make this Declaration pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1 for purposes of obtaining a certificate of default as to all defendants.

3. This action was commenced on July 1, 2016 and seeks redress for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the New York Labor Law.

4. The time for Defendants V.K. Mechanical, XL Plumbing of New York, Inc., XL Plumbing, Inc., Xcel Plumbing of New York, Inc., Xcel Plumbing & Heating of New York, Inc., Apple Plumbing, Inc., and William Johnston, to answer or otherwise move with respect to the Complaint has expired.

5. Defendants V.K. Mechanical, XL Plumbing of New York, Inc., XL Plumbing, Inc., Xcel Plumbing of

New York, Inc., Xcel Plumbing & Heating of New York, Inc., Apple Plumbing, Inc., and William Johnston have not answered or otherwise moved with respect to the Complaint, and the time for them to do so has not been extended.

6. None of Defendants V.K. Mechanical, XL Plumbing of New York, Inc., XL Plumbing, Inc., Xcel Plumbing of New York, Inc., Xcel Plumbing & Heating of New York, Inc., Apple Plumbing, Inc., or William Johnston are infants or incompetents.

7. None of Defendants V.K. Mechanical, XL Plumbing of New York, Inc., XL Plumbing, Inc., Xcel Plumbing of New York, Inc., Xcel Plumbing & Heating of New York, Inc., Apple Plumbing, Inc., or William Johnston are presently in the military service of the United States as appears from facts in this litigation.

8. Defendants V.K. Mechanical, XL Plumbing of New York, Inc., XL Plumbing, Inc., Xcel Plumbing of New York, Inc., Xcel Plumbing & Heating of New York, Inc., Apple Plumbing, Inc., and William Johnston are indebted to Plaintiff Caleb Burch and others similarly situated in the following manner:

   a. Defendants failed to pay Mr. Burch and others similarly situated for all hours worked; and

   b. Defendants failed to pay Mr. Burch and others similarly situated overtime pay as required by law; and

   c. Defendants required Mr. Burch and others similarly situated to incur work expenses which constituted illegal wage deductions under the New York Labor Law.

9. I have served a copy of the summons and complaint in this action on each defaulting Defendant.  In particular:

   a. I caused Defendant William Johnston to be served with a copy of the summons and complaint in this action by having a process server leave them with a person of suitable age and discretion, to wit, Mark Wojeciski, a co-worker of Mr. Johnston's, at Mr. Johnston's place of business at 45 Kean Street, West Babylon, New York 11708 on July 19, 2016.  The process server completed service by mailing a true and correct copy of the summons and complaint by first class mail to Mr. Johnston's place of business on July 21, 2016.  An affidavit of service as to Defendant

2

William Johnston is attached as **Exhibit A**.

b.  I caused Defendant V.K. Mechanical to be served with the summons and complaint by serving them on Vincent Trimarco, an agent who stated that he was authorized to accept service on behalf of V.K. Mechanical, at 1038 West Jericho Turnpike, Smithown, New York 11787 on July 17, 2016.  An affidavit of service as to Defendant V.K. Mechanical is attached as **Exhibit B**.

c.  I caused Defendant XL Plumbing of New York, Inc. to be served with the summons and complaint in this action pursuant to New York Business Corporation Law § 306 by delivering the summons and complaint to an agent of the Office of the Secretary of State of the State of New York and leaving them with her on August 5, 2016.  An affidavit of service as to Defendant XL Plumbing of New York, Inc. is attached as **Exhibit C**.

d.  I caused Defendant XL Plumbing Inc. to be served with the summons and complaint in this action pursuant to New York Business Corporation Law § 306 by delivering the summons and complaint to an agent of the Office of the Secretary of State of the State of New York and leaving them with her on August 5, 2016.  An affidavit of service as to Defendant XL Plumbing Inc. is attached as **Exhibit D**.

e.  I caused Defendant Xcel Plumbing of New York, Inc. to be served with the summons and complaint in this action pursuant to New York Business Corporation Law § 306 by delivering the summons and complaint to an agent of the Office of the Secretary of State of the State of New York and leaving them with her on August 5, 2016.  An affidavit of service as to Defendant Xcel Plumbing of New York, Inc. is attached as **Exhibit E**.

f.  I caused Defendant Xcel Plumbing & Heating of New York, Inc. to be served with the summons and complaint in this action pursuant to New York Business Corporation Law § 306 by delivering the summons and complaint to an agent of the Office of the Secretary of State of the State of New York and leaving them with her on August 5, 2016.  An affidavit of service as to Defendant Xcel Plumbing & Heating of New York, Inc. is attached as **Exhibit F**.

g.  I caused Defendant Apple Plumbing, Inc. to be served with the summons and complaint in this

3

action pursuant to New York Business Corporation Law § 306 by delivering the summons and complaint to an agent of the Office of the Secretary of State of the State of New York and leaving them with her on August 5, 2016.  An affidavit of service as to Defendant Apple Plumbing, Inc. is attached as **Exhibit G**.

10. WHEREFORE, Plaintiff Caleb Burch, on behalf of himself and others similarly situated, requests that the default of Defendants V.K. Mechanical, XL Plumbing of New York, Inc., XL Plumbing, Inc., Xcel Plumbing of New York, Inc., Xcel Plumbing & Heating of New York, Inc., Apple Plumbing, Inc., and William Johnston be noted and a certificate of default be issued.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
      December 8, 2016

*/s/Patricia Kakalec*
Patricia Kakalec (PK-8452)
Kakalec & Schlanger, LLP
85 Broad Street
New York, NY 10004
Telephone: (212) 500-6114
Facsimile:  (646) 612-7996
pkakalec@kakalec-schlanger.com

*Attorney for Plaintiff*

# Exhibit A

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 16-CV-3700 (ADS)(SIL)                     Date Filed: _____

Plaintiff:
**CALEB WESLEY BURCH, on behalf of himself and all others similarly situated,**

vs.

Defendants:
**V.K. MECHANICAL, ET AL.,**

For:
KAKALEC & SCHLANGER, LLP
85 Broad Street
18th Floor
New York, NY 10004

Received by LEGALEASE to be served on **WILLIAM JOHNSTON, 45 KEAN STREET, WEST BABYLON, NY 11708.**

I, Howard Ettinger, being duly sworn, depose and say that on the **19th day of July, 2016** at **10:43 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS, CIVIL COVER SHEET AND CLASS ACTION COMPLAINT** with **MARK WOJECISKI**, CO-WORKER  at **45 KEAN STREET, WEST BABYLON, NY 11708**, the said premises being the respondent's place of **Work** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS, CIVIL COVER SHEET AND CLASS ACTION COMPLAINT** in a postpaid envelope addressed to: **45 KEAN STREET, WEST BABYLON, NY 11708** and bearing the words "Personal & Confidential" by First Class Mail on **7/21/2016** and placed in an official depository of the U.S.P.S. in the State of New York.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 6'2", Weight: 225, Hair: BALD, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 21st day of July, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_Howard Ettinger_

**Howard Ettinger**
Process Server

**LEGALEASE**
**708 Third Avenue**
**Suite 201**
**New York, NY 10017**
**(212) 393-9070**

Our Job Serial Number: GOT-2016003022

ANDREA MOLODY
Notary Public, State of New York
No. 01MO6037186
Qualified in Suffolk County
Commission Expires Feb. 14, 2018

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1d

# Exhibit B

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN District of New York

Index Number: 16-CV-3700 (ADS)(SIL)                    Date Filed: _____

Plaintiff:
**CALEB WESLEY BURCH, on behalf of himself and all others similarly situated,**

vs.

Defendants:
**V.K. MECHANICAL, ET AL.,**

For:
KAKALEC & SCHLANGER, LLP
85 Broad Street
18th Floor
New York, NY 10004

GOT2016003021

Received by LEGALEASE to be served on **VK MECHANICAL, 1038 WEST JERICHO TURNPIKE, SMITHTOWN, NY 11787**.

I, CARMELO FACCIOLI, being duly sworn, depose and say that on the **17th day of July, 2016 at 2:45 pm, I:**

Served the above entity by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET AND CLASS ACTION COMPLAINT** to: **VINCENT TRIMARCO as AGENT** at the address of: **1038 WEST JERICHO TURNPIKE, SMITHTOWN, NY 11787**, who stated they are authorized to accept service for VK MECHANICAL

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 205, Hair: GRAY/BALDING, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

**CARMELO FACCIOLI**
Process Server

**LEGALEASE**
**708 Third Avenue**
**Suite 201**
**New York, NY 10017**
**(212) 393-9070**

Subscribed and Sworn to before me on the 29th day of November, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

Seth Korin
Notary Public, State of New York
No. 01K06183000
Qualified in Suffolk County
Commission Expires 3/10/2020

Our Job Serial Number: GOT-2016003021

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1i

# Exhibit C

Index # **16-CV-3700-(ADS)(SIL)**

Attorney(s)

Purchased/Filed: July 6, 2016

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                    U. S. District Court                    Eastern Dist. County

Caleb Wesley Burch on behalf of himself and all others similarly

Plaintiff

against

V.K. Mechanical, et al

Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 55 yrs |

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY       )

**DESCRIPTION OF PERSON SERVED:**          Approx. Age: 55 yrs

Weight: 120lbs   Height:   5'1   Sex: female   Color of skin:   white

Hair color:  brown   Other:

_____ Kyle Warner _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ August 5, 2016 _____ , at  12:00 PM , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons in a Civil Action & Class Action Complaint

on

**XL Plumbing of New York Inc.**

the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section  BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

5th   day of _____ August 2016

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Kyle Warner

**Invoice·Work Order #** 1615992

Attorney File #   **Burch**

State of New York - Department of State
Receipt for Service

Receipt #:  201608100299                    Cash #: 201608100295
Date of Service:  08/05/2016                Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  XL PLUMBING OF NEW YORK INC.


Plaintiff/Petitioner:
          BURCH, CALEB WESLEY



Service of Process Address:
CORPORATE FILINGS OF NEW YORK
90 STATE STREET
STE 700, OFFICE 40
ALBANY,  NY 12207

                                        Secretary of State
                                        By  NANCY DOUGHERTY

# Exhibit D

Index # **2:16-CV-03700-(ADS)**

Attorney(s)

Purchased/Filed: July 6, 2016

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                    U. S. District Court                    Eastern Dist. County

Caleb Wesley Burch on behalf of himself and all others similarly

Plaintiff

against

V.K. Mechanical, et al

Defendant

STATE OF NEW YORK )          **DESCRIPTION OF PERSON SERVED:**          Approx. Age:   55 yrs
COUNTY OF ALBANY  ) SS
CITY OF ALBANY    )          Weight:   120lbs   Height:    5'1   Sex:  female   Color of skin:   white

Hair color:   brown   Other:

_____ Kyle Warner _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ August 5, 2016 _____ , at  12:00 PM , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons in a Civil Action & Class Action Complaint

on

**XL Plumbing Inc.**

the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

5th   day of _____ August 2016

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 9, 2019

Kyle Warner

**Invoice·Work Order** # 1615996

Attorney File #   **Burch**

State of New York - Department of State
Receipt for Service

Receipt #:  201608100300                          Cash #:  201608100296
Date of Service:  08/05/2016                  Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  XL PLUMBING INC


Plaintiff/Petitioner:
            BURCH, CALEB WESLEY



Service of Process Address:
VINCENT TRIMARCO ESQ
1038 WEST JERICHO TPKE
SMITHTOWN,  NY 11787

                                            Secretary of State
                                        By  NANCY DOUGHERTY

# Exhibit E

Index # **2:16-CV-03700-(ADS)**

Attorney(s)

Purchased/Filed: July 6, 2016

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                    U. S. District Court                    Eastern Dist. County

Caleb Wesley Burch on behalf of himself and all others similarly

Plaintiff

against

V.K. Mechanical, et al

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: <u>55</u> yrs

Weight: <u>120lbs</u>  Height: <u>5'1</u>  Sex: <u>female</u>  Color of skin: <u>white</u>

Hair color: <u>brown</u>  Other: _____

<u>Kyle Warner</u> , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on <u>August 5, 2016</u> , at <u>12:00 PM</u> , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons in a Civil Action & Class Action Complaint

on

### Xcel Plumbing of New York Inc

the Defendant in this action, by delivering to and leaving with <u>Nancy Dougherty</u>

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the
Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of
making such service, deponent paid said Secretary of State a fee of <u>40</u> dollars; That said service
was made pursuant to Section <u>BUSINESS CORPORATION LAW §306.</u>

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office
of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

<u>5th</u> day of <u>August 2016</u>

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Kyle Warner

**Invoice·Work Order #** 1617160
Attorney File # **Burch**

State of New York - Department of State
Receipt for Service

Receipt #:  201608100297                    Cash #: 201608100293
Date of Service:  08/05/2016                Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  XCEL PLUMBING OF NEW YORK INC.


Plaintiff/Petitioner:
          BURCH, CALEB WESLEY



Service of Process Address:
WILLIAM JOHNSTON
45 KEAN ST
WEST BABYLON,  NY 11704

                                        Secretary of State
                                        By  NANCY DOUGHERTY

# Exhibit F

Index # **2:16-CV-03700-(ADS)**

Attorney(s)

Purchased/Filed: July 6, 2016

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                    U. S. District Court                    Eastern Dist. County

Caleb Wesley Burch on behalf of himself and all others similarly

Plaintiff

against

V.K. Mechanical, et al

Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 55 yrs |
| COUNTY OF ALBANY  ) SS | | |
| CITY OF ALBANY  ) | Weight: 120lbs  Height:   5'1   Sex: female  Color of skin:   white | |

Hair color:  brown   Other: _____

_____ Kyle Warner _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ August 5, 2016 _____ , at  12:00 PM , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons in a Civil Action & Class Action Complaint

on

**Xcel Plumbing & Heating of New York Inc**

the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section  BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

5th  day of _____ August 2016 _____

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Kyle Warner

**Invoice-Work Order #** 1617159

Attorney File #  **Burch**

State of New York - Department of State
Receipt for Service

Receipt #:  201608100298                        Cash #: 201608100294
Date of Service:  08/05/2016                    Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  XCEL PLUMBING & HEATING OF NEW YORK INC.


Plaintiff/Petitioner:
          BURCH, CALEB WESLEY



Service of Process Address:
WILLIAM JOHNSTON
45 KEAN ST
WEST BABYLON,  NY 11704

                                        Secretary of State
                                        By  NANCY DOUGHERTY

# Exhibit G

Index # **2:16-CV-03700-(ADS)**

Attorney(s)

Purchased/Filed: July 6, 2016

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York                    U. S. District Court                    Eastern Dist. County

Caleb Wesley Burch on behalf of himself and all others similarly

Plaintiff

against

V.K. Mechanical, et al

Defendant

STATE OF NEW YORK )            **DESCRIPTION OF PERSON SERVED:**       Approx. Age: __55__ yrs
COUNTY OF ALBANY )SS
CITY OF ALBANY      )            Weight: __120lbs__ Height: __5'1__ Sex: __female__ Color of skin: __white__

Hair color: __brown__  Other: _____

_____ Kyle Warner _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ August 5, 2016 _____ , at __12:00 PM__ , at the office of the

Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served
Summons in a Civil Action & Class Action Complaint

on

**Apple Plumbing Inc**

the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of _____ 40 _____ dollars; That said service

was made pursuant to Section __BUSINESS CORPORATION LAW §306.__

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

__5th__  day of _____ August 2016 _____

_____
FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

_____
Kyle Warner

**Invoice·Work Order #** 1617157
Attorney File # **Burch**

```
                  State of New York - Department of State
                            Receipt for Service

Receipt #:  201608100295                    Cash #: 201608100291
Date of Service:  08/05/2016                Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  APPLE PLUMBING, INC.


Plaintiff/Petitioner:
              BURCH, CALEB WESLEY



Service of Process Address:
APPLE PLUMBING, INC.
P.O. BOX 1397
WYANDANCH,  NY 11798

                                             Secretary of State
                                             By  NANCY DOUGHERTY
```