

301 North Harrison Street, Suite 9F, Number 306, Princeton, NJ 08540
Tel: (201) 687-9977 Facsimile: (201) 595-0308 Toll: (866) 216-4124
Florida ● New Jersey ● New York

July 12, 2018

**VIA CM/ECF**
Honorable Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    **Re:** Burch, et. al. v. V.K. Mechanical, et.al.
    **Dkt.** 16- 3700

Dear Judge Locke:

    The undersigned, along with Patricia Kakalac, Esq., represent Plaintiffs Caleb Burch, Kenton Kirpon, and Opt-In Plaintiff Vicente Herrera (collectively "Plaintiffs") in the above-captioned matter. I write on behalf of the parties to advise this Honorable Court that a settlement in principle has been reached.

    The parties are in the process of preparing a settlement agreement as well as a letter motion to approve the settlement for this Honorable Court's consideration, which will be filed in due course.

    Thanking the Court in advance for its anticipated time and attention to this matter.

                                Respectfully submitted,

                                /s/ Jodi J. Jaffe, Esq.